# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 7:23-CR-0124-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>CLIFTON DAVID STACK )<br>) | AGREEMENT<br>TO REVOKE SUPERVISED RELEASE<br>WITHOUT A HEARING<br>AND<br>REVOCATION JUDGMENT |

Upon petition of the U.S. Probation Office, joined herein by the United States and the defendant, to revoke the supervised release of defendant, Clifton David Stack, for good cause shown and based on agreement of the parties as set forth herein:

Rule 32.1 of the Federal Rules of Criminal Procedure permits a defendant to waive the right to a revocation hearing by knowingly and voluntarily admitting the violations outlined in a motion for revocation. See Fed. R. Crim. P. 32.l(b)(2), (c)(2); United States v. Farrell, 393 F.3d 498, 500 (4th Cir. 2005). A court can infer a knowing and voluntary waiver of the right to a full revocation hearing from the totality of the circumstances and without a formal colloquy with the defendant. See Farrell, 393 F.3d at 500; United States v. Stehl, 665 F.2d 58, 58-60 (4th Cir. 1981); see also Fed. R Crim. P. 32.l(c)(1)-(2).

## ADMISSION OF VIOLATIONS

The defendant knowingly and voluntarily admits to the violations in the Amended Motion for Revocation filed September 22, 2025. The Government can prove by a preponderance of the evidence the violations has occurred. The defendant further stipulates the evidence in this matter is both sufficient and likely to result in a finding that the conditions of supervised release have been violated. Specifically, the defendant has committed the following violations of supervised release:

1. Failure to participate as directed by the probation officer in treatment programs. — Grade C Violation

2. Criminal conduct. — Grade C Violation

3. Failure to notify the probation officer within seventy-two hours of arrest or questioning by law enforcement. — Grade C Violation

4. Leaving the judicial district without permission. — Grade C Violation

## DEFENDANT'S ACKNOWLEDGMENT AND WAIVER

The defendant acknowledges reviewing with counsel 1) the notice of the alleged violations of supervised release and 2) the evidence related to each.

The defendant further acknowledges being aware of the following rights and is knowingly waiving them:

1. The opportunity to appear personally, present evidence, and question adverse witnesses at a revocation hearing; and

2. The opportunity to make a statement personally to the Court in mitigation of sentence and to present mitigating evidence to the Court.

The defendant acknowledges the Court may revoke, modify, or impose additional conditions of supervised release in addition to those which were imposed in the original sentencing order.

## STIPULATIONS AND RECOMMENDATIONS

Pursuant to U.S.S.G. Chapter 7 Policy Statements, the parties stipulate the defendant's violations are a maximum Grade C with a criminal history category IV. According to U.S.S.G. § 7Cl.5, a Grade C violation and a criminal history category IV produces an imprisonment range of 6 to 12 months. The court has the statutory authority to impose an active sentence of up to 36 months, if deemed appropriate.

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the parties agree and recommend that the defendant be **revoked and sentenced to an imprisonment term of 7 months**, with no supervision to follow. If the Court rejects this sentence, each party has the right to withdraw from this Agreement and have an evidentiary hearing on the revocation of supervised release.

_____  12-11-25
Clifton David Stack, Defendant                Date

_____  12/12/2025
Jean-Paul E. Jacquet-Freese, Attorney for the    Date
Defendant

_____  12/12/2025
Jennifer C. Nucci, Assistant U.S. Attorney       Date

RECOMMENDED BY U.S. PROBATION:

_____  12/12/25
John Chiaramonte, U.S. Probation Officer        Date

_____  12/12/2025
Mindy L. Threlkeld,                              Date
Supervisory U.S. Probation Officer

Stack, Clifton David
7:23-CR-00124-D
Page 3

**IT IS, THEREFORE, ORDERED AND ADJUDGED** the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for an imprisonment term of 7 months, to be served concurrently with any sentence imposed in Scotland County District Court, Docket Number 25CR316601, with no supervision to follow.

**IT IS RECOMMENDED** that the defendant receive the benefit of the most intensive substance abuse treatment program within the Bureau of Prisons.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

SO ORDERED. This the 16 day of December, 20 25.

_____
James C. Dever III
U.S. District Judge